UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DEMOS P. DEMOPOULOS, RALPH BLASI, WILLIAM CASSESE, JOHN A. CURCIO, and KENNY BARRETT, as Trustees and Fiduciaries of the LOCAL 854 PENSION FUND,

Plaintiffs,

- against -

853 SMILE DENTAL SERVICES, P.C.,

Defendant.

1:26-cv-05077-JMF

---

## DEFAULT JUDGMENT

WHEREAS, the Clerk of the Court having noted the default of Defendant 853 Smile Dental Services, P.C. ("Defendant"), and based upon the Declaration of Anusha Rasalingam, the Affidavit of Greg Auteri, the accompanying exhibits, and the applicable law, it is hereby:

ORDERED AND ADJUDGED that Defendant be held liable to Plaintiffs, as Trustees and Fiduciaries of the Local 854 Pension Fund, in the total amount of ~~$271,199.19~~ $263,190.44 as follows:

1. $172,597.79 in withdrawal liability
2. $36,120.40 in liquidated damages
3. $34,957.25 in interest
4. $18,900 ~~$26,908.75~~ in attorneys' fees
5. $615.00 in costs

The Clerk of Court is directed to close the case. All motions are moot. All conferences are canceled.

SO ORDERED

October 1, 2026